*E-FILED - 4/29/10*

**UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA,**
**SAN JOSE DIVISION**

KENNETH NESMITH,  ) Case No.: **5:09-cv-01999-RMW**
 )
        Plaintiff,  ) **[] ORDER OF**
    vs.  ) **DISMISSAL WITH PREJUDICE**
 )
BENCHMARK RECOVERY, INC.,  )
 )
        Defendant.  )
_____  )

     Based upon the Stipulation to Dismiss by all appearing parties and pursuant to

Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with

prejudice.

**IT IS SO ORDERED.**

Dated:  4/29/10

*Ronald M. Whyte*
_____
The Honorable Judge
United States District Judge